IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN MASON, III | CIVIL ACTION |
|---|---|
| v. | NO. 21-3983 |
| UBER TECHNOLOGIES, INC. | |

## ORDER RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION AND DISMISS THE CASE

**AND NOW**, this 2nd day of December, 2021, after careful consideration of Defendant Uber Technologies, Inc.'s Motion to Compel Arbitration and Dismiss the Case (ECF 5), Plaintiff John Mason, III's Response (ECF 6), and Defendant's Reply (ECF 7), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** with regard to compelling arbitration. The action shall proceed to arbitration. However, the case is not dismissed. Rather, proceedings in this Court are stayed until completion of the arbitration process or further order of the Court.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-3983 Mason v. Uber Technologies, Inc\21cv3983 Order re Motion to Compel Arbitration.docx